## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

ELIZABETH BEDOLLA,

       Plaintiff,

v.                                        Case No.  18-2048-JTM-TJJ

EMH LOGISTICS, INC.,
A foreign corporation and
RONALD HARRIS, an
Individual

       Defendants,

_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties herein and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), announce to the Court that this matter has been settled and by the stipulation of the parties should be dismissed with prejudice with all parties responsible for their own costs and attorneys' fees.

    *s/ Bradley A. Pistotnik*
    Bradley A. Pistotnik, #10626
    Brad Pistotnik Law, P.A.
    10111 E. 21st Street, Suite 204
    Wichita, Kansas 67206
    (316) 684-4400/Fax: (316) 684-4405
    Email:  brad@bradpistotniklaw.com
    *Attorneys for Plaintiff*


    /s/ *Alan T. Fogleman*
    Byron A. Bowles, Jr. #16579
    Alan T. Fogleman, #25004
    **MCANANY, VAN CLEAVE & PHILLIPS, P.A.**
    10 E Cambridge Circle Drive
    Kansas City, Kansas 66103
    Phone: (913) 371-3838
    Fax: (913) 371-4722
    bbowles@mvplaw.com
    afogleman@mvplaw.com
    *Attorneys for Defendants*